

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | INDICTMENT |
| v. | NO. 3:22-CR-26-BJB |
| **ARIES TAYLOR** | 18 U.S.C. § 2<br>18 U.S.C. § 924(d)<br>18 U.S.C. § 982(a)(5)<br>18 U.S.C. § 2119<br>28 U.S.C. § 2461 |

The Grand Jury charges:

### COUNT 1
(*Carjacking*)

On or about September 19, 2021, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **ARIES TAYLOR**, aided and abetted by others, took a motor vehicle, a 2010 Ford Taurus with VIN 1FAHP2EW0AG118071, that had been transported, shipped, and received in interstate commerce from T.F. by force, violence, and intimidation, with the intent to cause death and serious bodily harm.

In violation of Title 18, United States Code, Sections 2119(1) and 2.

### NOTICE OF FORFEITURE

As a result of committing an offense in violation of Title 18, United States Code, Section 2119, as alleged in this Indictment, a felony punishable by imprisonment for more than one year, the defendant, **ARIES TAYLOR**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461, any and all firearms and ammunition involved in or used in the offense, including but not limited to: a Kel-Tec, model

P-11, 9 millimeter semiautomatic pistol, bearing serial number ADW73. As a result of committing an offense in violation of Title 18, United States Code, Section 2119, the defendant, **ARIES TAYLOR**, shall forfeit to the United States any and all property constituting, or derived from, proceeds the defendant obtained, directly or indirectly, as a result of this offense, pursuant to Title 18, United States Code, Section 982(a)(5).

A TRUE BILL.

FOREPERSON

MICHAEL A. BENNETT
UNITED STATES ATTORNEY

MAB:APG:03/16/2022

2

UNITED STATES OF AMERICA v. **ARIES TAYLOR**

## PENALTIES

Count 1: NM 15 yrs./$250,000/both/NM 3 yrs. Supervised Release
Forfeiture

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual<br>$125 per count/other | Felony: | $100 per count/individual<br>$400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following:**

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

   For offenses occurring after December 12, 1987:

   No **INTEREST** will accrue on fines under $2,500.00.

   **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

   **PENALTIES** of:

   10% of fine balance if payment more than 30 days late.

   15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

   18 U.S.C. §§ 3612, 3613

   If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

## APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

## PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

| | |
|---|---|
| LOUISVILLE: | Clerk, U.S. District Court<br>106 Gene Snyder U.S. Courthouse<br>601 West Broadway<br>Louisville, KY 40202<br>502/625-3500 |
| BOWLING GREEN: | Clerk, U.S. District Court<br>120 Federal Building<br>241 East Main Street<br>Bowling Green, KY 42101<br>270/393-2500 |
| OWENSBORO: | Clerk, U.S. District Court<br>126 Federal Building<br>423 Frederica<br>Owensboro, KY 42301<br>270/689-4400 |
| PADUCAH: | Clerk, U.S. District Court<br>127 Federal Building<br>501 Broadway<br>Paducah, KY 42001<br>270/415-6400 |

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.