UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                                                                    3:22-CR-26-BJB

ARIES TAYLOR                                                                            DEFENDANT

NOTICE OF ENTRY OF APPEARANCE

Assistant United States Attorney Alicia P. Gomez hereby enters her appearance of record on behalf of the United States of America.

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney

*/s/ Alicia P. Gomez*

Alicia P. Gomez
Assistant U.S. Attorney
717 West Broadway
Louisville, Kentucky 40202
(502) 582-6326
alicia.gomez@usdoj.gov

FILED
JAMES J. VILT, JR. - CLERK
MAR 16 2022
U.S. DISTRICT COURT
WEST'N. DIST KENTUCKY