UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                          PLAINTIFF

v.                                              CRIMINAL ACTION NO. 3:22-CR-26-BJB

ARIES TAYLOR                                                      DEFENDANT

## MOTION TO SEAL INDICTMENT

Comes the United States of America, by counsel, Alicia P. Gomez, Assistant United States Attorney for the Western District of Kentucky, and moves the Court pursuant to Rule 6(e), Federal Rules of Criminal Procedure, to order and direct that the indictment returned by the Federal Grand Jury this March 16, 2022, charging the above-named defendant with a violation of Title 18, United States Code, Sections 2119(1) and 2, be kept secret until the defendant is in custody, or has given bail, or the warrant for arrest is returned unexecuted, and to further order that until the defendant is in custody, or has given bail, or the warrant for arrest is returned unexecuted, that no person disclose the return of the indictment, or any warrant or order issued pursuant thereto except as necessary for the issuance and execution of warrant for the arrest of the defendant.

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney

Alicia P. Gomez
Assistant U.S. Attorney

**FILED**
JAMES J. VILT, JR. - CLERK

MAR 16 2022

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY