UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                 PLAINTIFF

v.                                            CRIMINAL ACTION NO. 3:22-CR-26-BJB

ARIES TAYLOR                             DEFENDANT

## ORDER

The indictment returned by the Federal Grand Jury charging the above-named defendant with a violation of Title 18, United States Code, Sections 2119(1) and 2, is hereby ORDERED to be kept secret until the defendant is in custody, or has given bail, or the warrant for arrest is returned unexecuted, and no person shall disclose the return of this indictment or any warrant or order issued pursuant thereto, except as necessary for the issuance and execution of warrant for the arrest of the defendant.

This 16th day of March 2022.

_Colin Lindsay_
Colin H. Lindsay
United States Magistrate Judge

**ENTERED**
JAMES J. VILT, JR. - CLERK

MAR 16 2022

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY