United States District Court
Western District of Kentucky
at Louisville

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| VS. | CRIMINAL ACTION NUMBER: 3:22CR-26-BJB |
| ARIES TAYLOR | DEFENDANT |

## ORDER ON INITIAL APPEARANCE

On March 23, 2022, Colin H. Lindsay, United States Magistrate Judge held an initial appearance on this matter via video conference. Assistant United States Attorney Alicia Gomez appeared on behalf of the United States. The defendant appeared in custody at the Oldham County Detention Center. Vanessa Durham, retained counsel, appeared on behalf of the defendant for limited purpose of initial appearance only. The proceeding was digitally recorded.

The defendant, through counsel, consented to procced with initial appearance via video conference.

The Court questioned the defendant under oath regarding his ability to afford counsel and found him eligible for appointed counsel. The Court appointed the Office of Federal Defender.

Upon motion of the United States to unseal the Indictment,

**IT IS HEREBY ORDERED** that the motion is **GRANTED** and the Indictment is **UNSEALED**.

At the initial appearance, the defendant acknowledged his identity, was furnished with a copy of the Indictment, was advised of the nature of the charges contained therein and was advised of his rights.

The United States moved for detention. Accordingly,

**IT IS HEREBY ORDERED** that this matter is scheduled for arraignment proceedings and a detention hearing via video conference on **March 24 , 2022, at 2:00 p.m.** before the Honorable Colin H. Lindsay, United States Magistrate Judge. The defendant is remanded to the custody of the United States Marshals Service pending further order of the Court.

March 28, 2022

:15

Colin H Lindsay, Magistrate Judge
United States District Court