UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA                                                           PLAINTIFF

V.                                    CRIMINAL ACTION NUMBER: 3:22CR-26-BJB

ARIES TAYLOR                                                            DEFENDANT

**O R D E R**

      This matter came before the Court on April 8, 2022, via video conference to conduct an initial appearance on bond violation petition. Assistant United States Attorney Alicia Gomez appeared on behalf of the United States. Defendant Aries Taylor appeared in custody from the Oldham County Detention Center. The proceeding was digitally recorded.

      The defendant acknowledged his identity, was furnished with a copy of the petition, was advised of the nature of the charges contained therein and was advised of his rights.

      The United States made an oral motion for the revocation of defendant's bond. Accordingly,

      **IT IS HEREBY ORDERED** that this matter is scheduled for a bond revocation hearing on **April 12, 2022, at 1:00 p.m**. via video conference before the Honorable Colin H. Lindsay, United States Magistrate Judge. The defendant is remanded to the custody of the United States Marshals Service pending further order of the Court.

April 11, 2022

:10

Colin H Lindsay, Magistrate Judge
United States District Court