UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**UNITED STATES OF AMERICA**                                **PLAINTIFF**

**V.**                    **CRIMINAL ACTION NUMBER: 3:22CR-26-BJB**

**ARIES TAYLOR**                                  **DEFENDANT**

## O R D E R

This matter came before the undersigned on April 12, 2022, via video conference for a bond revocation hearing. Defendant Aries Taylor appeared in custody form Oldham County Detention Center. Vanessa Durham, retained counsel, appeared on behalf of defendant. Assistant United States Attorney Alicia Gomez appeared on behalf of the United States. The proceeding was recorded by Dena Legg, Official Court Reporter.

The Court heard arguments of counsel and for the reasons stated on the record,

**IT IS HEREBY ORDERED** that the defendant's bond entered on March 24, 2022 (DN 9) is **REVOKED**. The defendant is remanded to the custody of the United States Marshals Service pending further order of the Court.

April 18, 2022

:30

Colin H Lindsay, Magistrate Judge
United States District Court